No. 2012-335-M.P.

Bristol/Warren Regional School :
Employees, Local 581, AFSCME,
Council 94, AFL-CIO et al.

v. :

Lincoln D. Chafee et al. :

**O R D E R**

For the reasons expressed in our Order issued on this date in Rhode Island Public

Employees' Retiree Coalition et al. v. Lincoln D. Chafee et al., No. 2012-331-M.P., the

petition for writ of certiorari is denied.

Entered as an Order of this Court, this **6th** day of **December, 2012**.

By Order,

_____/s/_____

Clerk


**TITLE OF CASE:** Bristol/Warren Regional School Employees, Local 581, AFSCME, Council 94, AFL-CIO et al. v. Lincoln D. Chafee et al.

**CASE NO:** No. 2012-335-M.P.

**COURT:** Supreme Court

**DATE ORDER FILED:** December 6, 2012

**JUSTICES:** Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:** N/A – Court Order

**SOURCE OF APPEAL:** Providence County Superior Court

**JUDGE FROM LOWER COURT**:

Associate Justice Sarah Taft-Carter

**ATTORNEYS ON APPEAL:**

For Plaintiffs:   Thomas R. Landry, Esq.

For Defendants:
John A. Tarantino, Esq.
James R. Lee, Department of Attorney General
Rebecca T. Partington, Department of Attorney General